UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY EADES<br>&<br>COURTNEY ALSTON,<br>individually and on<br>behalf of their minor<br>child, I.E.<br><br>    *Plaintiffs*<br><br>v.<br><br>SEA FOX BOAT<br>COMPANY, INC.<br><br>    *Defendant* | No:<br><br>Section: |

## COMPLAINT & REQUEST FOR JURY TRIAL

TO THE HONORABLE COURT:

The complaint of Jeremy Eades, his wife, Courtney Alston, who are both persons of the full age of majority, and their minor child, I.E., all of whom are residents of the State of Arkansas, with respect represents:

1.

Defendant SEA FOX BOAT COMPANY, INC. (hereinafter "SEA FOX"), a South Carolina Corporation doing business within the State of Louisiana and having its principal place of business within this District and within the jurisdiction of this Honorable Court, is indebted unto plaintiffs for all damages to which they are entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence and violations of laws, as more specifically set forth below.

2.

Jurisdiction of this Court is invoked under the Diversity of Citizenship, 28 USCA 1332, and the "Savings To Suitors" clause.

3.

At all times hereto, Defendant SEA FOX designed, manufactured, marketed and sold a boat more specifically identified as a Model 256 COMMANDER, ID # US-LYGKB141K314.

4.

On or about July 29th, 2018 in Moss Bluff, Louisiana, Jeremy Eades was on board said vessel in navigable water when it exploded, causing him severe burns which necessitated him being admitted and staying in a hospital burn unit for multiple days. His course of treatment included burn grafts and other surgeries.

5.

Upon information and belief, the vessel explosion occurred due to the dangerous presence of fuel and/or fuel vapors in the hull area at the time of the explosion.

6.

On information and belief, Plaintiffs allege that under applicable General Maritime Law the sole and proximate cause of the above-described accident was the negligence of SEA FOX in the defective design, manufacturing, and associated failure to warn of the vessel in the following, non-exclusive respects:

a. Designing and manufacturing a vessel that allowed fuel and/or fuel vapors to be present in its hull;

b. Designing and manufacturing a vessel without proper safeguards to the fuel, ignition and electrical systems so as to warn and/or avoid the aforementioned explosion;

c. Failure to warn plaintiff and any end user of all potential dangers associated with the vessel including warnings which would have avoided this explosion;

d. Designing and manufacturing a defective vessel, to wit, one or more of the following violations of applicable law: At the time of the sale or distribution, the vessel (1) contained a manufacturing defect, (2) was defective in design, and/or (3) was defective because of inadequate instructions or warnings.

e. Other acts of negligence and violations of general maritime laws and product liability laws which will be shown at the trial of this matter.

7.

Plaintiffs are entitled to recover from the Defendant reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

a. Past, present and future physical, mental and emotional pain and suffering;

b. Past, present and future loss of enjoyment of life;

c. Past, present and future loss of wages, fringe benefits and wage earning capacity;

d. Past and future physical disability and scarring;

    e.    Past, present and future medical expenses including all Life Care Plan needs; and

    f.    All other special and general damages as will be shown at the trial of this matter.

8.

At all relevant times herein, Courtney Alston was and is the wife of Plaintiff Jeremy Eades. Plaintiff appears on her own behalf and seeks damages associated with her emotional suffering, loss of support and nurture, consortium, and all other damages she may have as a result of the injuries suffered by her husband.

9.

At all relevant times herein, I.E., was and is the minor child of Plaintiffs, who appear on her behalf, and seek damages associated with her emotional suffering, loss of support and nurture, consortium, and all other damages she may have as a result of the injuries suffered by her father.

10.

Plaintiffs specifically allege a claim for punitive damages against the defendant herein based upon General Maritime Law.

11.

Plaintiffs pray for a trial by jury on all issues raised herein.

WHEREFORE, Plaintiffs pray that Defendant, SEA FOX BOAT COMPANY, INC., be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of the Plaintiffs, JEREMY EADES and COURTNEY ALSTON, individually and on behalf of their minor child, I.E., for all damages to which the Plaintiffs are entitled to recover, including punitive damages, for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

Respectfully submitted:

**STANGA & MUSTIAN**
A Professional Law Corporation

BY: _____
ALONZO T. STANGA, III (#12397)
3117 22nd Street, Suite 6
Metairie, Louisiana 70002
Telephone: (504) 831-0666
Facsimile: (504) 831-0726
E-mail: ats@stangamustian.com
*Attorney for Plaintiff*

VOLLOR & LANG, PA
AUSTIN VOLLOR
MS Bar # 10459
Post Office Box 80120
127 East Main Street
Starkville, Mississippi 39759
Tel: 662-323-0083
Fax: 662-323-7788
Email: austin@vollorlawfirm.com
*Attorney for Plaintiff*
*Actively Seeking Admission*

ZELBST, HOLMES & BUTLER
JOHN ZELBST
OK Bar # 9991
DAVID BUTLER
OK Bar # 16912
CLAY ZELBST
OK Bar # 32152
TX Bar # 24095039
CHANDRA HOLMES-RAY
OK Bar # 14254
PO Box 365
411 SW 6th
Lawton, Oklahoma
73502-0365
Tel: 580-248-4844
Fax: 580-248-6916
zelbst@zelbst.com
david@zelbst.com
clay@zelbst.com
chandra@zelbst.com
*Attorneys for Plaintiffs*
*Actively Seeking Admission*