UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY EADES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7832** |
| **SEA FOX BOAT COMPANY, INC.** | **SECTION "B"(5)** |

## ORDER

The above captioned matter appears related to Civil Action 18-7711, "Hugo Gonzalez v. Sea Fox Boat Company, Inc." Accordingly,

**IT IS ORDERED** that the above-captioned matter be transferred to Section "I"(5) of this court, with concurrence of the Judge from the latter Section.

New Orleans, Louisiana, this 28th day of August, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE

8/29/18

**TRANSFERRED TO**
**SECT. I**